```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 04 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Maria D. Guzman
              Plaintiff,

     -against-

Michael J. Astrue, *as Commissioner of Social Security*,
              Defendant.
------------------------------------------------------------X

08 Civ. 4978 (PAC) (HBP)
**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_\_ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*
_____

\_\_\_\_ Habeas Corpus

\_\_\_\_ Settlement:

\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

__X__ **Social Security**

\_\_\_\_ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

==================================================================

* Do not check if already referred for general pretrial

Dated: New York, New York
       June 3, 2008

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

Copies Mailed To:

Marshall Green
The Legal Aid Society Bronx Neighborhood Office
953 Southern Boulevard
Bronx, NY 10459

1