☐ ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-18-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -x

MARIA D. GUZMAN,                  :
                                  :
                Plaintiff,        :
                                  :
          - v. -                  :
                                  :      STIPULATION AND ORDER
                                  :
MICHAEL J. ASTRUE,                :      08 Civ. 4978 (PAC)
Commissioner of                   :
Social Security,                  :
                                  :
                Defendant.        :
                                  :
- - - - - - - - - - - - - - - -x


        IT IS HEREBY STIPULATED AND AGREED, by and between

the attorneys for the defendant and the plaintiff, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from August 4, 2008 to

and including October 3, 2008.  This extension is requested because

the administrative record has not yet been received by

defendant's counsel.  No previous extension has been requested

in this case.

Dated: New York, New York
       July 3, 2008

                         THE LEGAL AID SOCIETY
                         Attorneys for Plaintiff

             By:_____
                         ANNE K. CALLAGY, ESQ.
                         953 Southern Blvd., 4th Floor
                         Bronx, New York 10459
                         Telephone No: (646)340-1956

                         MICHAEL J. GARCIA
                         United States Attorney for the
                         Southern District of New York
                         Attorney for Defendant


             By:_____
                         SUSAN C. BRANAGAN
                         Assistant United States Attorney
                         86 Chambers Street, 3rd Floor
                         New York, New York   10007
                         Telephone No.: (212) 637-2804
                         Susan.Branagan@usdoj.gov


SO ORDERED:


_____
UNITED STATES DISTRICT JUDGE
          MAGISTRATE